## Hart's Estate (No. 7).

Argued March 27, 1902. Appeal, No. 390, Jan. T., 1901, by Sara J. Hart, from decree of O. C. Phila. Co., Jan. T., 1901, No. 552, dismissing exceptions to adjudication in estate of Samuel Hart, deceased. Before McCollum, C. J., Dean, Fell, Brown and Mestrezat, JJ. Affirmed.

Opinion by Mr. Justice Dean, October 13, 1902:

In the appeal of Charles Henry Hart, administrator of Rebecca C. Hart, deceased, we held that the construction put upon the will of Samuel Hart, deceased, by the court below, was correct. Nothing further need be said in this appeal. The assignments of error are all overruled and the decree is affirmed.

---

## Hart's Estate (No. 8).

Argued March 27, 1902. Appeal, No. 392, Jan. T., 1901, by Dora Johnson, assignee of Charles Henry Hart, from decree of O. C. Phila. Co., Jan. T., 1901, No. 552, dismissing exceptions to adjudication in estate of Samuel Hart, deceased. Before McCollum, C. J., Dean, Fell, Brown and Mestrezat, JJ. Affirmed.

Opinion by Mr. Justice Dean, October 13, 1902 :

As to the three assignments of error to the decree of the court below, raised on this appeal, we have already, in substance, passed upon them in the decrees on appeals of the executor and trustee and Philadelphia Trust, Safe Deposit and Insurance Company from same decree.

The decree is affirmed and the appeal is dismissed.